UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** _____ as

[ ]Retained  [ ]Court-appointed(CJA)  [ ]Court-assigned(non-CJA)  [ ]Federal Defender  [ ]Pro Bono  [ ]Government

COUNSEL FOR: _____ as the
(party name)

appellant(s)    appellee(s)    petitioner(s)    respondent(s)    amicus curiae    intervenor(s)

_____
(signature)

_____          _____
Name (printed or typed)                 Voice Phone

_____          _____
Firm Name (if applicable)               Fax Number

_____

_____          _____
Address                                 E-mail address (print or type)

**OR, I,** _____, **AM NOT PARTICIPATING IN THIS CASE.**
(Name)

APPELLATE COUNSEL IS: _____.
                        (Name)                              (Phone)

## CERTIFICATE OF SERVICE

I certify that on _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

_____          _____
Signature                               Date